1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA

Plaintiff,

v.

BIVIANO REYES-PONCE, ARMANDO
BERNAL-JIMINEZ, RAMON MALTAZAR
MAGALLAN, ROBERTO MEDINA-LOZA

Defendants.

Case No. CR 05-5070 RBL

ORDER DENYING DEFENDANT'S
MOTION TO SEVER

17

18

19

20

21

22

23

24

25

26

27

28

        This matter is before the court on Defendant BIVIANO REYES-PONCE's Motion to Sever [Dkt. #
103]. Defendant argues that *Bruton* prohibits the introduction of incriminating statements of non-testifying
co-defendants. The government proposes to remove any potential prejudice by redacting the statements at
issue (which are contained in a memorandum prepared by an agent, and are not necessarily verbatim quotes).
The redaction propped by the government with respect to each defendant is clean, does not indicate that any
reaction has been made, and so redacted, none of the statements at issue directly implicates any other
defendant. The court concludes that the redactions satisfy the requirements of *Bruton*. *See also United States
v. Peterson* 140 F.3d 819 (9th Cir. 1998).

        Additionally, if the defendants so choose, the court will give a limiting instruction on the use of each
defendants' statement as evidence against that defendant only.

ORDER
Page - 1

1   The Motion to Sever [Dkt. # 103] is DENIED.

2        DATED this 25th day of May, 2005.

3

4

5   _____

6   RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2